Richard Monroe (ID 00000515)
10318 Blue Ridge Dr S
Whitehouse, OH 43571

**CSI Accounting & Payroll**
4915 W 35th St Suite 203
Minneapolis, MN 55416
(952)927-4011

| | | | | |
|---|---|---|---|---|
| Pay Frequency: | Semi-Monthly | SSN: | XXX-XX-XXXX | |
| Period Start: | 11/1/2023 | Federal Filing: | S STD W/H TBL | |
| Period End: | 11/30/2023 | State Filing: | - 1 | |
| Pay Date: | 12/15/2023 | Check Number: | E04887 | |
| Total Earnings: | $1,125.00 | Total Taxes: | $179.96 | |
| Total Deductions: | $56.25 | Net Pay: | $888.79 | |

## Earnings

| Earnings | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Hours | $4,000.00 | | $0.00 | 1300:00 | $60,000.00 |
| Commission | $0.00 | | $0.00 | | $3,040.00 |
| Bonus | $0.00 | | $0.00 | | $1,500.00 |
| Revenue Commission | $0.00 | | $0.00 | | $67,020.55 |
| Sales Commission | $0.00 | | $0.00 | | $1,137.75 |
| COVID Commission | $0.00 | | $0.00 | | $865.20 |
| Review Commission | $0.00 | | $0.00 | | $100.00 |
| Year-End Bonus | $0.00 | | $1,125.00 | | $1,125.00 |
| | | 0:00 | $1,125.00 | 1300:00 | $134,788.50 |

## Taxes

| Tax | Amount | YTD Amount |
|---|---|---|
| Federal | $56.58 | $19,843.09 |
| FICA | $69.75 | $8,237.57 |
| Medicare | $16.31 | $1,926.56 |
| Whitehouse | $16.88 | $284.11 |
| MN State | $.00 | $6,896.00 |
| OH State | $20.44 | $509.07 |
| | $179.96 | $37,696.40 |

## Adjustments

| Adjustment | Match | YTD Match | Amount | YTD Amount |
|---|---|---|---|---|
| 401(k) | $33.75 | $4,043.64 | $.00 | $.00 |
| 401k Repay | $.00 | $.00 | $.00 | $3,246.24 |
| 401k Roth | $.00 | $.00 | $56.25 | $6,739.43 |
| HSA - Ind | $.00 | $1,925.00 | $.00 | $1,925.00 |
| Mileage | $.00 | $.00 | $.00 | $.00 |
| | $33.75 | $5,968.64 | $56.25 | $11,910.67 |

## Accruals

| Accrual | Earned | Taken | Balance |
|---|---|---|---|
| There are no records to display. | | | |

## Payment Methods

| Payment Method | Amount | Account |
|---|---|---|
| Checking | $888.79 | XXXXXXXX3164 |
| | $888.79 | |

## Net Pay

| Amount | YTD Amount |
|---|---|
| $888.79 | $85,181.43 |



CSI Accounting & Payroll
4915 W 35th St Suite 203
Minneapolis, MN 55416
(952)927-4011

Richard Monroe (ID 00000515)
10318 Blue Ridge Dr S
Whitehouse, OH 43571

| | | | | |
|---|---|---|---|---|
| Pay Frequency: | Semi-Monthly | SSN: | XXX-XX-XXXX | |
| Period Start: | 11/16/2023 | Federal Filing: | S STD W/H TBL | |
| Period End: | 11/30/2023 | State Filing: | - 1 | |
| Pay Date: | 12/7/2023 | Check Number: | ** MULTIPLE DIRECT DEPOSIT ** | |
| Total Earnings: | $3,040.00 | Total Taxes: | $516.16 | |
| Total Deductions: | $1,064.16 | Net Pay: | $1,459.68 | |

## Earnings

| Earnings | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Hours | $4,000.00 | | $0.00 | 1300:00 | $60,000.00 |
| Commission | $0.00 | | $3,040.00 | | $3,040.00 |
| Bonus | $0.00 | | $0.00 | | $1,500.00 |
| Revenue Commission | $0.00 | | $0.00 | | $67,020.55 |
| Sales Commission | $0.00 | | $0.00 | | $1,137.75 |
| COVID Commission | $0.00 | | $0.00 | | $865.20 |
| Review Commission | $0.00 | | $0.00 | | $100.00 |
| | | 0:00 | $3,040.00 | 1300:00 | $133,663.50 |

## Taxes

| Tax | Amount | YTD Amount |
|---|---|---|
| Federal | $209.39 | $19,786.51 |
| FICA | $148.70 | $8,167.82 |
| Medicare | $34.78 | $1,910.25 |
| Whitehouse | $45.60 | $267.23 |
| MN State | $.00 | $6,896.00 |
| OH State | $77.69 | $488.63 |
| | $516.16 | $37,516.44 |

## Adjustments

| Adjustment | Match | YTD Match | Amount | YTD Amount |
|---|---|---|---|---|
| 401(k) | $91.20 | $4,009.89 | $.00 | $.00 |
| 401k Repay | $.00 | $.00 | $270.52 | $3,246.24 |
| 401k Roth | $.00 | $.00 | $152.00 | $6,683.18 |
| HSA - Ind | $641.64 | $1,925.00 | $641.64 | $1,925.00 |
| Mileage | $.00 | $.00 | $.00 | $.00 |
| | $732.84 | $5,934.89 | $1,064.16 | $11,854.42 |

## Accruals

| Accrual | Earned | Taken | Balance |
|---|---|---|---|
| There are no records to display. | | | |

## Payment Methods

| Payment Method | Amount | Account |
|---|---|---|
| Checking | $1,459.68 | XXXXXXXX3164 |
| Checking | $1,283.28 | XXXXXX0892 |
| | $2,742.96 | |

## Net Pay

| Amount | YTD Amount |
|---|---|
| $1,459.68 | $84,292.64 |

Richard Monroe (ID 00000515)  
10318 Blue Ridge Dr S  
Whitehouse, OH 43571

CSI Accounting & Payroll  
4915 W 35th St Suite 203  
Minneapolis, MN 55416  
(952)927-4011

| | |  | | |
|---|---|---|---|---|
| Pay Frequency: | Semi-Monthly | | SSN: | XXX-XX-XXXX |
| Period Start: | 10/16/2023 | | Federal Filing: | S STD W/H TBL |
| Period End: | 10/31/2023 | | State Filing: | - 1 |
| Pay Date: | 11/7/2023 | | Check Number: | E04672 |
| Total Earnings: | $6,063.40 | | Total Taxes: | $1,398.68 |
| Total Deductions: | $573.69 | | Net Pay: | $4,091.03 |

## Earnings

| Earnings | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Hours | $4,000.00 | | $0.00 | 1300:00 | $60,000.00 |
| Bonus | $0.00 | | $0.00 | | $1,500.00 |
| Revenue Commission | $0.00 | | $6,063.40 | | $67,020.55 |
| Sales Commission | $0.00 | | $0.00 | | $1,137.75 |
| COVID Commission | $0.00 | | $0.00 | | $865.20 |
| Review Commission | $0.00 | | $0.00 | | $100.00 |
| | | 0:00 | $6,063.40 | 1300:00 | $130,623.50 |

## Taxes

| Tax | Amount | YTD Amount |
|---|---|---|
| Federal | $688.99 | $19,577.12 |
| FICA | $375.93 | $8,019.12 |
| Medicare | $87.92 | $1,875.47 |
| Whitehouse | $90.95 | $221.63 |
| MN State | $.00 | $6,896.00 |
| OH State | $154.89 | $410.94 |
| | $1,398.68 | $37,000.28 |

## Adjustments

| Adjustment | Match | YTD Match | Amount | YTD Amount |
|---|---|---|---|---|
| 401(k) | $181.90 | $3,918.69 | $.00 | $.00 |
| 401k Repay | $.00 | $.00 | $270.52 | $2,975.72 |
| 401k Roth | $.00 | $.00 | $303.17 | $6,531.18 |
| HSA - Ind | $.00 | $1,283.36 | $.00 | $1,283.36 |
| Mileage | $.00 | $.00 | $.00 | $.00 |
| | $181.90 | $5,202.05 | $573.69 | $10,790.26 |

## Accruals

| Accrual | Earned | Taken | Balance |
|---|---|---|---|
| There are no records to display. | | | |

## Payment Methods

| Payment Method | Amount | Account |
|---|---|---|
| Checking | $4,091.03 | XXXXXXXX3164 |
| | $4,091.03 | |

## Net Pay

| Amount | YTD Amount |
|---|---|
| $4,091.03 | $82,832.96 |

Richard Monroe (ID 00000515)
10318 Blue Ridge Dr S
Whitehouse, OH 43571



CSI Accounting & Payroll
4915 W 35th St Suite 203
Minneapolis, MN 55416
(952)927-4011

| | | | | |
|---|---|---|---|---|
| Pay Frequency: | Semi-Monthly | SSN: | XXX-XX-XXXX | |
| Period Start: | 9/1/2023 | Federal Filing: | S STD W/H TBL | |
| Period End: | 9/30/2023 | State Filing: | - 1 | |
| Pay Date: | 10/13/2023 | Check Number: | E04544 | |
| Total Earnings: | $4,135.40 | Total Taxes: | $1,092.76 | |
| Total Deductions: | $477.29 | Net Pay: | $2,565.35 | |

## Earnings

| Earnings | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Hours | $4,000.00 | | $0.00 | 1300:00 | $60,000.00 |
| Bonus | $0.00 | | $0.00 | | $1,500.00 |
| Revenue Commission | $0.00 | | $4,035.40 | | $60,957.15 |
| Sales Commission | $0.00 | | $0.00 | | $1,137.75 |
| COVID Commission | $0.00 | | $0.00 | | $865.20 |
| Review Commission | $0.00 | | $100.00 | | $100.00 |
| | | 0:00 | $4,135.40 | 1300:00 | $124,560.10 |

## Taxes

| Tax | Amount | YTD Amount |
|---|---|---|
| Federal | $587.31 | $18,888.13 |
| FICA | $256.39 | $7,643.19 |
| Medicare | $59.96 | $1,787.55 |
| Whitehouse | $62.03 | $130.68 |
| MN State | $.00 | $6,896.00 |
| OH State | $127.07 | $256.05 |
| | $1,092.76 | $35,601.60 |

## Adjustments

| Adjustment | Match | YTD Match | Amount | YTD Amount |
|---|---|---|---|---|
| 401(k) | $124.06 | $3,736.79 | $.00 | $.00 |
| 401k Repay | $.00 | $.00 | $270.52 | $2,705.20 |
| 401k Roth | $.00 | $.00 | $206.77 | $6,228.01 |
| HSA - Ind | $.00 | $1,283.36 | $.00 | $1,283.36 |
| Mileage | $.00 | $.00 | $.00 | $.00 |
| | $124.06 | $5,020.15 | $477.29 | $10,216.57 |

## Accruals

| Accrual | Earned | Taken | Balance |
|---|---|---|---|
| There are no records to display. | | | |

## Payment Methods

| Payment Method | Amount | Account |
|---|---|---|
| Checking | $2,565.35 | XXXXXXXX1040 |
| | $2,565.35 | |

## Net Pay

| Amount | YTD Amount |
|---|---|
| $2,565.35 | $78,741.93 |

Richard Monroe (ID 00000515)
10318 Blue Ridge Dr S
Whitehouse, OH 43571

CSI Accounting & Payroll
4915 W 35th St Suite 203
Minneapolis, MN 55416
(952)927-4011

| | | | | |
|---|---|---|---|---|
| Pay Frequency: | Semi-Monthly | SSN: | XXX-XX-XXXX | |
| Period Start: | 8/1/2023 | Federal Filing: | S STD W/H TBL | |
| Period End: | 8/31/2023 | State Filing: | - 1 | |
| Pay Date: | 9/15/2023 | Check Number: | E04377 | |
| Total Earnings: | $4,076.75 | Total Taxes: | $1,072.15 | |
| Total Deductions: | $474.36 | Net Pay: | $2,530.24 | |

## Earnings

| Earnings | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Hours | $4,000.00 | | $0.00 | 1300:00 | $60,000.00 |
| Bonus | $0.00 | | $0.00 | | $1,500.00 |
| Revenue Commission | $0.00 | | $2,939.00 | | $56,921.75 |
| Sales Commission | $0.00 | | $1,137.75 | | $1,137.75 |
| COVID Commission | $0.00 | | $0.00 | | $865.20 |
| | | 0:00 | $4,076.75 | 1300:00 | $120,424.70 |

## Taxes

| Tax | Amount | YTD Amount |
|---|---|---|
| Federal | $574.41 | $18,300.82 |
| FICA | $252.76 | $7,386.80 |
| Medicare | $59.11 | $1,727.59 |
| Whitehouse | $61.15 | $68.65 |
| MN State | $.00 | $6,896.00 |
| OH State | $124.72 | $128.98 |
| | $1,072.15 | $34,508.84 |

## Adjustments

| Adjustment | Match | YTD Match | Amount | YTD Amount |
|---|---|---|---|---|
| 401(k) | $122.30 | $3,612.73 | $.00 | $.00 |
| 401k Repay | $.00 | $.00 | $270.52 | $2,434.68 |
| 401k Roth | $.00 | $.00 | $203.84 | $6,021.24 |
| HSA - Ind | $.00 | $1,283.36 | $.00 | $1,283.36 |
| Mileage | $.00 | $.00 | $.00 | $.00 |
| | $122.30 | $4,896.09 | $474.36 | $9,739.28 |

## Accruals

| Accrual | Earned | Taken | Balance |
|---|---|---|---|
| There are no records to display. | | | |

## Payment Methods

| Payment Method | Amount | Account |
|---|---|---|
| Checking | $2,530.24 | XXXXXXXX1040 |
| | $2,530.24 | |

## Net Pay

| Amount | YTD Amount |
|---|---|
| $2,530.24 | $76,176.58 |



csi Accounting & Payroll
CSI Accounting & Payroll
4915 W 35th St Suite 203
Minneapolis, MN 55416
(952)927-4011

Richard Monroe (ID 00000515)
10318 Blue Ridge Dr S
Whitehouse, OH 43571

| | | | | |
|---|---|---|---|---|
| Pay Frequency: | Semi-Monthly | | SSN: | XXX-XX-XXXX |
| Period Start: | 8/16/2023 | | Federal Filing: | S STD W/H TBL |
| Period End: | 8/31/2023 | | State Filing: | - 1 |
| Pay Date: | 9/7/2023 | | Check Number: | ** MULTIPLE DIRECT DEPOSIT ** |
| Total Earnings: | $500.00 | | Total Taxes: | $43.88 |
| Total Deductions: | $240.47 | | Net Pay: | $215.65 |

## Earnings

| Earnings | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Hours | $4,000.00 | | $0.00 | 1300:00 | $60,000.00 |
| Bonus | $0.00 | | $500.00 | | $1,500.00 |
| Revenue Commission | $0.00 | | $0.00 | | $53,982.75 |
| COVID Commission | $0.00 | | $0.00 | | $865.20 |
| | | 0:00 | $500.00 | 1300:00 | $116,347.95 |

## Taxes

| Tax | Amount | YTD Amount |
|---|---|---|
| Federal | $.00 | $17,726.41 |
| FICA | $26.03 | $7,134.04 |
| Medicare | $6.09 | $1,668.48 |
| Whitehouse | $7.50 | $7.50 |
| MN State | $.00 | $6,896.00 |
| OH State | $4.26 | $4.26 |
| | $43.88 | $33,436.69 |

## Adjustments

| Adjustment | Match | YTD Match | Amount | YTD Amount |
|---|---|---|---|---|
| 401(k) | $15.00 | $3,490.43 | $.00 | $.00 |
| 401k Repay | $.00 | $.00 | $135.26 | $2,164.16 |
| 401k Roth | $.00 | $.00 | $25.00 | $5,817.40 |
| HSA - Ind | $80.21 | $1,283.36 | $80.21 | $1,283.36 |
| Mileage | $.00 | $.00 | $.00 | $.00 |
| | $95.21 | $4,773.79 | $240.47 | $9,264.92 |

## Accruals

| Accrual | Earned | Taken | Balance |
|---|---|---|---|
| There are no records to display. | | | |

## Payment Methods

| Payment Method | Amount | Account |
|---|---|---|
| Checking | $215.65 | XXXXXXXX1040 |
| Checking | $160.42 | XXXXXX0892 |
| | $376.07 | |

## Net Pay

| Amount | YTD Amount |
|---|---|
| $215.65 | $73,646.34 |

CSI Accounting & Payroll
4915 W 35th St Suite 203
Minneapolis, MN 55416
(952)927-4011

Richard Monroe (ID 00000515)
10318 Blue Ridge Dr S
Whitehouse, OH 43571

| | | | | |
|---|---|---|---|---|
| Pay Frequency: | Semi-Monthly | SSN: | XXX-XX-XXXX | |
| Period Start: | 7/16/2023 | Federal Filing: | S STD W/H TBL | |
| Period End: | 7/31/2023 | State Filing: | - 1 | |
| Pay Date: | 8/7/2023 | Check Number: | ** MULTIPLE DIRECT DEPOSIT ** | |
| Total Earnings: | $4,000.00 | Total Taxes: | $1,062.74 | |
| Total Deductions: | $415.47 | Net Pay: | $2,521.79 | |

## Earnings

| Earnings | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Hours | $4,000.00 | 86:40 | $4,000.00 | 1300:00 | $60,000.00 |
| Bonus | | | $0.00 | | $1,000.00 |
| Revenue Commission | | | $0.00 | | $53,982.75 |
| COVID Commission | | | $0.00 | | $865.20 |
| | | 86:40 | $4,000.00 | 1300:00 | $115,847.95 |

## Taxes

| Tax | Amount | YTD Amount |
|---|---|---|
| Federal | $539.87 | $17,726.41 |
| FICA | $243.03 | $7,108.01 |
| Medicare | $56.84 | $1,662.39 |
| MN State | $223.00 | $6,896.00 |
| | $1,062.74 | $33,392.81 |

## Adjustments

| Adjustment | Match | YTD Match | Amount | YTD Amount |
|---|---|---|---|---|
| 401(k) | $120.00 | $3,475.43 | $.00 | $.00 |
| 401k Repay | $.00 | $.00 | $135.26 | $2,028.90 |
| 401k Roth | $.00 | $.00 | $200.00 | $5,792.40 |
| HSA - Ind | $80.21 | $1,203.15 | $80.21 | $1,203.15 |
| Mileage | $.00 | $.00 | $.00 | $.00 |
| | $200.21 | $4,678.58 | $415.47 | $9,024.45 |

## Accruals

| Accrual | Earned | Taken | Balance |
|---|---|---|---|
| There are no records to display. | | | |

## Payment Methods

| Payment Method | Amount | Account |
|---|---|---|
| Checking | $2,521.79 | XXXXXXXX1040 |
| Checking | $160.42 | XXXXXX0892 |
| | $2,682.21 | |

## Net Pay

| Amount | YTD Amount |
|---|---|
| $2,521.79 | $73,430.69 |

CSI Accounting & Payroll

csi Accounting & Payroll
4915 W 35th St Suite 203
Minneapolis, MN 55416
(952)927-4011

Richard Monroe (ID 00000515)
10318 Blue Ridge Dr S
Whitehouse, OH 43571

| | | | | |
|---|---|---|---|---|
| Pay Frequency: | Semi-Monthly | SSN: | XXX-XX-XXXX |
| Period Start: | 7/1/2023 | Federal Filing: | S STD W/H TBL |
| Period End: | 7/15/2023 | State Filing: | - 1 |
| Pay Date: | 7/21/2023 | Check Number: | ** MULTIPLE DIRECT DEPOSIT ** |
| Total Earnings: | $4,000.00 | Total Taxes: | $1,062.74 |
| Total Deductions: | $415.47 | Net Pay: | $2,521.79 |

## Earnings

| Earnings | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Hours | $4,000.00 | 86:40 | $4,000.00 | 1213:20 | $56,000.00 |
| Bonus | $0.00 | | $0.00 | | $1,000.00 |
| Revenue Commission | $0.00 | | $0.00 | | $53,982.75 |
| COVID Commission | $0.00 | | $0.00 | | $865.20 |
| | | 86:40 | $4,000.00 | 1213:20 | $111,847.95 |

## Taxes

| Tax | Amount | YTD Amount |
|---|---|---|
| Federal | $539.87 | $17,186.54 |
| FICA | $243.03 | $6,864.98 |
| Medicare | $56.84 | $1,605.55 |
| MN State | $223.00 | $6,673.00 |
| | $1,062.74 | $32,330.07 |

## Adjustments

| Adjustment | Match | YTD Match | Amount | YTD Amount |
|---|---|---|---|---|
| 401(k) | $120.00 | $3,355.43 | $.00 | $.00 |
| 401k Repay | $.00 | $.00 | $135.26 | $1,893.64 |
| 401k Roth | $.00 | $.00 | $200.00 | $5,592.40 |
| HSA - Ind | $80.21 | $1,122.94 | $80.21 | $1,122.94 |
| Mileage | $.00 | $.00 | $.00 | $.00 |
| | $200.21 | $4,478.37 | $415.47 | $8,608.98 |

## Accruals

| Accrual | Earned | Taken | Balance |
|---|---|---|---|
| There are no records to display. | | | |

## Payment Methods

| Payment Method | Amount | Account |
|---|---|---|
| Checking | $160.42 | XXXXXX0892 |
| Checking | $2,521.79 | XXXXXXXX1040 |
| | $2,682.21 | |

## Net Pay

| Amount | YTD Amount |
|---|---|
| $2,521.79 | $70,908.90 |

Richard Monroe (ID 00000515)
10318 Blue Ridge Dr S
Whitehouse, OH 43571

CSI Accounting & Payroll
4915 W 35th St Suite 203
Minneapolis, MN 55416
(952)927-4011

| | |
|---|---|
| Pay Frequency: | Semi-Monthly |
| Period Start: | 6/1/2023 |
| Period End: | 6/30/2023 |
| Pay Date: | 7/14/2023 |
| Total Earnings: | $1,591.95 |
| Total Deductions: | $79.60 |

| | |
|---|---|
| SSN: | XXX-XX-XXXX |
| Federal Filing: | S STD W/H TBL |
| State Filing: | - 1 |
| Check Number: | E04040 |
| Total Taxes: | $299.40 |
| Net Pay: | $1,212.95 |

## Earnings

| Earnings | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Hours | $4,000.00 | | $0.00 | 1126:40 | $52,000.00 |
| Bonus | | $0.00 | $0.00 | | $1,000.00 |
| Revenue Commission | $0.00 | | $1,591.95 | | $53,982.75 |
| COVID Commission | $0.00 | | $0.00 | | $865.20 |
| | | 0:00 | $1,591.95 | 1126:40 | $107,847.95 |

## Taxes

| Tax | Amount | YTD Amount |
|---|---|---|
| Federal | $112.62 | $16,646.67 |
| FICA | $98.70 | $6,621.95 |
| Medicare | $23.08 | $1,548.71 |
| MN State | $65.00 | $6,450.00 |
| | $299.40 | $31,267.33 |

## Adjustments

| Adjustment | Match | YTD Match | Amount | YTD Amount |
|---|---|---|---|---|
| 401(k) | $47.76 | $3,235.43 | $.00 | $.00 |
| 401k Repay | $.00 | $.00 | $.00 | $1,758.38 |
| 401k Roth | $.00 | $.00 | $79.60 | $5,392.40 |
| HSA - Ind | $.00 | $1,042.73 | $.00 | $1,042.73 |
| Mileage | $.00 | $.00 | $.00 | $.00 |
| | $47.76 | $4,278.16 | $79.60 | $8,193.51 |

## Accruals

| Accrual | Earned | Taken | Balance |
|---|---|---|---|
| There are no records to display. | | | |

## Payment Methods

| Payment Method | Amount | Account |
|---|---|---|
| Checking | $1,212.95 | XXXXXXXX1040 |
| | $1,212.95 | |

## Net Pay

| Amount | YTD Amount |
|---|---|
| $1,212.95 | $68,387.11 |

CSI Accounting & Payroll
4915 W 35th St Suite 203
Minneapolis, MN 55416
(952)927-4011

Richard Monroe (ID 00000515)
10318 Blue Ridge Dr S
Whitehouse, OH 43571

| | | | | |
|---|---|---|---|---|
| Pay Frequency: | Semi-Monthly | | SSN: | XXX-XX-XXXX |
| Period Start: | 6/16/2023 | | Federal Filing: | S STD W/H TBL |
| Period End: | 6/30/2023 | | State Filing: | - 1 |
| Pay Date: | 7/7/2023 | | Check Number: | ** MULTIPLE DIRECT DEPOSIT ** |
| Total Earnings: | $4,000.00 | | Total Taxes: | $1,062.74 |
| Total Deductions: | $415.47 | | Net Pay: | $2,521.79 |

## Earnings

| Earnings | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Hours | $4,000.00 | 86:40 | $4,000.00 | 1126:40 | $52,000.00 |
| Bonus | $0.00 | | $0.00 | | $1,000.00 |
| Revenue Commission | $0.00 | | $0.00 | | $52,390.80 |
| COVID Commission | $0.00 | | $0.00 | | $865.20 |
| | | 86:40 | $4,000.00 | 1126:40 | $106,256.00 |

## Taxes

| Tax | Amount | YTD Amount |
|---|---|---|
| Federal | $539.87 | $16,534.05 |
| FICA | $243.03 | $6,523.25 |
| Medicare | $56.84 | $1,525.63 |
| MN State | $223.00 | $6,385.00 |
| | $1,062.74 | $30,967.93 |

*29,905.19  6-30*

## Adjustments

*? 18,236  6-30?*

| Adjustment | Match | YTD Match | Amount | YTD Amount |
|---|---|---|---|---|
| 401(k) | $120.00 | $3,187.67 | $.00 | $.00 |
| 401k Repay | $.00 | $.00 | $135.26 | $1,758.38 |
| 401k Roth | $.00 | $.00 | $200.00 | $5,312.80 |
| HSA - Ind | $80.21 | $1,042.73 | $80.21 | $1,042.73 |
| Mileage | $.00 | $.00 | $.00 | $.00 |
| | $200.21 | $4,230.40 | $415.47 | $8,113.91 |

## Accruals

| Accrual | Earned | Taken | Balance |
|---|---|---|---|
| There are no records to display. | | | |

## Payment Methods

| Payment Method | Amount | Account |
|---|---|---|
| Checking | $160.42 | XXXXXX0892 |
| Checking | $2,521.79 | XXXXXXXX1040 |
| | $2,682.21 | |

## Net Pay

| Amount | YTD Amount |
|---|---|
| $2,521.79 | $67,174.16 |

*64,65237  6-3*