IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO, WESTERN DIVSION

IN RE:                                            CASE NO: 24-30137
RICHARD MONROE

            DEBTOR(s)                    JUDGE JOHN P. GUSTAFSON

                                                     SCOTT E. FRANCE (OH SCt#0081806)
                                                     France Law Group, LLC
                                                     6545 West Central Avenue, Suite 203
                                                     Toledo, OH 43617
                                                     (419) 725-9300; 865-1344 fax
                                                     sfrance@francelawgroup.net
                                                     CO-COUNSEL FOR DEBTOR(S)

       Now comes the undersigned attorney, and Enters his Appearance in the above case as co-counsel for Debtor(s) in the above captioned case.

                                    Respectfully submitted,

                                    /s/ Scott E. France

                                    SCOTT E. FRANCE

                                    CERTIFICATION

       This is to certify that the above was electronically and/or mailed by US Mail, postage prepaid this date, to:

| | | |
|---|---|---|
| OFFICE OF THE STANDING<br>13 TRUSTEE | AT | 13ECFNotices@chapter13toledo.com |
| EDWARD L. SNYDER<br>Attorney for Debtor(s) | AT | edsnyderlaw@totalink.net |

                                    /s/ Scott E. France

date: 01-26-2024

                                    SCOTT E. FRANCE