The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

Dated: January 30 2024

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: Richard Monroe | * | Case No. 24-30137 G |
| | * | Judge John P. Gustafson |
| Debtor | * | Chapter 13 |

### ORDER

On motion of the Trustee, good cause being shown, and it appearing from the Debtor's schedules that the Debtor has an interest in and to the following personal property:

**401k Retirement Plan Consultants:**        $84,000.00

which is subject to the jurisdiction of this Court, it is

**ORDERED** that Richard Monroe be, and they hereby are, enjoined from encumbering, selling, transferring, or otherwise disposing of their interest therein without first obtaining leave of this Court.