United States Bankruptcy Court

Northern District of Ohio

| | |
|---|---|
| In re: | Case No. 24-30137-jpg |
| Richard Monroe | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-3 | User: amari | Page 1 of 1 |
| Date Rcvd: Jan 30, 2024 | Form ID: pdf757 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Richard Monroe, 10318 Blue Ridge Dr. S., Whitehouse, OH 43571-9058 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edward L. Snyder | on behalf of Debtor Richard Monroe edsnyderlaw@totalink.net |
| Elizabeth A. Vaughan | 13ECFNotices@chapter13toledo.com toledo13@ecf.epiqsystems.com |
| Scott E. France | on behalf of Debtor Richard Monroe sfrance@francelawgroup.net |

TOTAL: 3

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



*John P. Gustafson*
United States Bankruptcy Judge

Dated: January 30 2024

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: Richard Monroe | * | Case No. 24-30137 G |
| | * | Judge John P. Gustafson |
| Debtor | * | Chapter 13 |

### ORDER

On motion of the Trustee, good cause being shown, and it appearing from the Debtor's schedules that the Debtor has an interest in and to the following personal property:

**401k Retirement Plan Consultants:**          $84,000.00

which is subject to the jurisdiction of this Court, it is

**ORDERED** that Richard Monroe be, and they hereby are, enjoined from encumbering, selling, transferring, or otherwise disposing of their interest therein without first obtaining leave of this Court.