The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



_John P. Gustafson_
United States Bankruptcy Judge

Dated: April 4 2024

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 24-30137-jpg |
| Richard Monroe | * | JUDGE John P. Gustafson |
| aka Burt Monroe | | |
| | * | |
| | | **ORDER FOR COMPENSATION** |
| | * | |
| DEBTOR(S) | | |
| | * | Edward L. Snyder (0018955) |
| | | Attorney and Counselor at Law |
| | * | 6545 W. Central Ave., Suite 203 |
| | | Toledo, Ohio 43617 |
| | * | 419-867-8090; 419-865-1344 FAX |
| | * | Attorney for Debtor(s) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

      **THIS MATTER** came on before the Court upon the Application for Compensation of Attorney for fees for services rendered or to be rendered pursuant to Section 330 of the Bankruptcy Code and Bankruptcy Rule 2016.

      Upon examination of the Application, the Court finds that the estate is an individual wage-earner plan, that the nature and quality of the services rendered are reasonable, and that the time expended is reasonable and the benefit and result achieved to the estate is reasonable and adequate.

      **WHEREFOR, IT IS ORDERED** that the Application is granted and that attorney fees to Edward L. Snyder be allowed in the amount of $3,000.00 of which $1,500.00 is to be paid by the Trustee as a priority administrative claim.