United States Bankruptcy Court
Northern District of Ohio

In re:                                                                             Case No. 24-30137-jpg
Richard Monroe                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-3                                 User: amari                               Page 1 of 1
Date Rcvd: Apr 04, 2024                       Form ID: pdf722                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2024:**

**Recip ID               Recipient Name and Address**
db                 + Richard Monroe, 10318 Blue Ridge Dr. S., Whitehouse, OH 43571-9058

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2024                            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2024 at the address(es) listed below:**

**Name                          Email Address**

Edward L. Snyder
                                  on behalf of Debtor Richard Monroe edsnyderlaw@totalink.net

Elizabeth A. Vaughan
                                  13ECFNotices@chapter13toledo.com toledo13@ecf.epiqsystems.com

Scott E. France
                                  on behalf of Debtor Richard Monroe sfrance@francelawgroup.net

TOTAL: 3

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.




John P. Gustafson
United States Bankruptcy Judge

Dated: April 4 2024

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 24-30137-jpg |
| Richard Monroe aka Burt Monroe | * | JUDGE John P. Gustafson |
| | * | |
| | | **ORDER FOR COMPENSATION** |
| DEBTOR(S) | * | |
| | * | Edward L. Snyder (0018955) |
| | | Attorney and Counselor at Law |
| | * | 6545 W. Central Ave., Suite 203 |
| | | Toledo, Ohio  43617 |
| | * | 419-867-8090; 419-865-1344 FAX |
| | * | Attorney for Debtor(s) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS MATTER** came on before the Court upon the Application for Compensation of Attorney for fees for services rendered or to be rendered pursuant to Section 330 of the Bankruptcy Code and Bankruptcy Rule 2016.

Upon examination of the Application, the Court finds that the estate is an individual wage-earner plan, that the nature and quality of the services rendered are reasonable, and that the time expended is reasonable and the benefit and result achieved to the estate is reasonable and adequate.

**WHEREFOR, IT IS ORDERED** that the Application is granted and that attorney fees to Edward L. Snyder be allowed in the amount of $3,000.00 of which $1,500.00 is to be paid by the Trustee as a priority administrative claim.