# PROCEEDING MEMO
## HONORABLE JOHN P. GUSTAFSON

In Re: Richard Monroe

Case No. 24-30137-jpg
Chapter 13

Debtor(s)

***NATURE OF PROCEEDING:***

☑ **CONTESTED**   ☐ **UNCONTESTED** HEARING ON CONFIRMATION OF CHAPTER 13 PLAN

***APPEARANCES:***

☐ Debtor(s)
☐ Atty for Debtor(s): Edward Snyder (T)
☐ Atty for Creditor:
☑ Trustee: Elizabeth A. Vaughan (T)

☐ Atty for
☐ Atty for
☐ Atty for
☐ Atty for

☑ CONFIRMATION HEARING HELD
☐ EVIDENCE SUBMITTED
☐ CONFIRMATION HEARING NOT HELD

**TO BE RECEIVED AND FILED WITH THE CLERK'S OFFICE NO LATER THAN 4:00 P.M. ON:**

☐ CONTINUED TO _____

☐ PLAN CONFIRMED **AS PROPOSED**

☐ PLAN CONFIRMED **SUBJECT TO STIPULATION**
   **\*\*SEE COMMENTS OF COURT**

☐ PLAN CONFIRMED **AS MODIFIED**

☐ R/E ORDER

☐ **Payroll Deduction:** ☐ H/W  ☐ Direct to Trustee

☐ Motion to Dismiss F/C ____ Days

☐ Amended Plan        ☐ Amended Budget
☐ Add Creditor         ☐ Add Property
☐ Proof of Insurance to Court and Trustee   ☐ Legal Description
☐ Motion and Order To Extend Plan to _____ Months
☐ This Court to Retain Jurisdiction Over W/C Claim / PI Claim / Probate Estate / _____
☐ Not Dispose of Property or Inventory Outside the Ordinary Course of Business Without Prior Approval of the Court and Trustee
☐ Other _____

COMMENTS OF COURT:

Hearing held. Plan to be Confirmed as recommended, subject to a Stipulation for turnover of tax returns and refunds, and all net bonuses, and review of the percentage to be paid to unsecured creditors as tax refunds and net bonuses are received. Stipulation to be filed in 28 days.

**HEARING DATE:** Tues. 4/16/2024

FOR COURT USE ONLY:

☐ Order Uploaded    ☐ Need Order    ☐ Return for Action