The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.




John P. Gustafson
United States Bankruptcy Judge

**Dated: May 28 2024**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | * | Case No. 24-30137 G |
| | * | |
| Richard Monroe | * | Chapter 13 |
| | * | |
| | * | Judge John P. Gustafson |
| Debtor | * | |
| | * | Elizabeth A. Vaughan |
| | * | Chapter 13 Trustee |
| | * | 316 N. Michigan Street, Suite 501 |
| | * | Toledo, Ohio 43604 |
| | * | (419) 255-0675 |
| | * | |

**AGREED ORDER FOR TURN-OVER OF
TAX RETURNS AND REFUNDS**

    Now comes Trustee Elizabeth A. Vaughan and Debtors by and through counsel, and hereby agree to the following:

    1. The Debtors have filed a Chapter 13 Plan that proposes less than 100% to unsecured creditors.

2. The parties agree that all Federal and State (net) tax refunds received by Debtor(s) for tax years

_____2023, 2024, 2025, 2026 & 2027_____;
shall be submitted to the Standing Chapter 13 Trustee during the pendency of this case by April 15th each year. The Debtor(s) agree(s) that no changes to their payroll withholdings will be made without the written permission of the Trustee.

3. Copies of all Federal and State tax returns shall be submitted to the Trustee by April 15th each year to the following address

Office of the Chapter 13 Trustee<br>
316 N. Michigan Street<br>
Suite 501<br>
Toledo, Ohio 43604

3. All Federal and State (net) tax refunds shall be submitted to the Chapter 13 Trustee upon receipt. Funds should be sent to the following:

Office of the Chapter 13 Trustee<br>
P.O. Box 712284<br>
Cincinnati, Ohio 45271-2284

4. The parties agree that the case will be reviewed annually, upon receipt of any tax refunds, for possible increase in return to unsecured creditors.

**IT IS SO ORDERED.**

Approval:

_/s/ Elizabeth A. Vaughan_____  _/s/ Edward L Snyder_____
Elizabeth A. Vaughan,   Edward L Snyder, Esq.
Chapter 13 Trustee   Attorney for the Debtor

_/s/ Richard Monroe_____
Richard Monroe
Debtor