**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_____
John P. Gustafson
United States Bankruptcy Judge

**Dated:  May 28 2024**

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re: Richard Monroe** | * | **Judge John P. Gustafson** |
| | * | **Case No.   24-30137 G** |
| | * | |
| | * | |
| **Debtor** | * | |

## STIPULATED ORDER AMENDING CHAPTER 13 PLAN

  Now comes Elizabeth A. Vaughan, Standing Chapter 13 Trustee and Counsel for Debtor(s) herein, who stipulate that the following Amendments to the Chapter 13 Plan for the above referenced case are hereby agreed to by all parties.  The parties further agree that upon entry of this Stipulated Order, the Amendments noted herein shall constitute a regularly filed amendment to the Chapter 13 Plan filed on ____1/26/24_____.

☑ **Debtor shall pay into the Plan all monthly net bonuses during the life of the Plan.**

The parties further agree that all other aspects of the Chapter 13 Plan for the above-captioned case shall remain the same.

*/s/ Elizabeth A. Vaughan*
**Standing Chapter 13 Trustee**

/s/ *Edward L Snyder*
**Attorney for Debtor**

/s/ *Richard Monroe*
**Debtor**