UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: Richard Monroe | * | JUDGE JOHN P. GUSTAFSON |
| | * | Case No. 24-30137 G |
| | * | Chapter 13 |
| Debtor | * | **WITHDRAWAL OF THE CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION** |
| | * | |

Now comes Elizabeth A. Vaughan, the Standing Chapter 13 Trustee and hereby withdraws her Objection to Confirmation filed on March 28, 2024 (Docket No. 18).

*/s/ Elizabeth A. Vaughan*_____
Elizabeth A. Vaughan
Standing Chapter 13 Trustee
316 N. Michigan Street, Suite 501
Toledo, Ohio 43604

## CERTIFICATE OF SERVICE

I certify that on May 29, 2024, a true and correct copy of the Withdrawal of the Chapter 13 Trustee's Objection to Confirmation was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Edward L. Snyder
6545 West Central Avenue, Suite 203
Toledo, OH 43617
edsnyderlaw@totalink.net
Attorney for Debtor

United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Ave., East – Suite 441
Cleveland, Ohio 44114
ustp.region09@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

Richard Monroe
10318 Blue Ridge Dr. S
Whitehouse, OH 43571
Debtor

*/s/ Elizabeth A. Vaughan*_____
Elizabeth A. Vaughan
Standing Chapter 13 Trustee
316 N. Michigan Street, Suite 501
Toledo, Ohio 43604