United States Bankruptcy Court
Northern District of Ohio

In re:     Case No. 24-30137-jpg
Richard Monroe     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-3     User: amari     Page 1 of 1
Date Rcvd: May 28, 2024     Form ID: pdf701     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Monroe, 10318 Blue Ridge Dr. S., Whitehouse, OH 43571-9058 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edward L. Snyder | on behalf of Debtor Richard Monroe edsnyderlaw@totalink.net |
| Elizabeth A. Vaughan | 13ECFNotices@chapter13toledo.com toledo13@ecf.epiqsystems.com;trusteeOHNB5T@ecf.epiqsystems.com |
| Scott E. France | on behalf of Debtor Richard Monroe sfrance@francelawgroup.net |

TOTAL: 3

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated:  May 28 2024**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | * | Case No.  24-30137 G |
| | * | |
| Richard Monroe | * | Chapter 13 |
| | * | |
| | * | Judge John P. Gustafson |
| Debtor | * | |
| | * | Elizabeth A. Vaughan |
| | * | Chapter 13 Trustee |
| | * | 316 N. Michigan Street, Suite 501 |
| | * | Toledo, Ohio 43604 |
| | * | (419) 255-0675 |
| | * | |

**AGREED ORDER FOR TURN-OVER OF
TAX RETURNS AND REFUNDS**

    Now comes Trustee Elizabeth A. Vaughan and Debtors by and through counsel, and hereby agree to the following:

    1.  The Debtors have filed a Chapter 13 Plan that proposes less than 100% to unsecured creditors.

2. The parties agree that all Federal and State (net) tax refunds received by Debtor(s) for tax years

_____2023, 2024, 2025, 2026 & 2027_____;
shall be submitted to the Standing Chapter 13 Trustee during the pendency of this case by April 15th each year. The Debtor(s) agree(s) that no changes to their payroll withholdings will be made without the written permission of the Trustee.

3. Copies of all Federal and State tax returns shall be submitted to the Trustee by April 15th each year to the following address

Office of the Chapter 13 Trustee
316 N. Michigan Street
Suite 501
Toledo, Ohio 43604

3. All Federal and State (net) tax refunds shall be submitted to the Chapter 13 Trustee upon receipt. Funds should be sent to the following:

Office of the Chapter 13 Trustee
P.O. Box 712284
Cincinnati, Ohio 45271-2284

4. The parties agree that the case will be reviewed annually, upon receipt of any tax refunds, for possible increase in return to unsecured creditors.

**IT IS SO ORDERED.**

Approval:

_/s/ Elizabeth A. Vaughan_____　　　_/s/ Edward L Snyder_____
Elizabeth A. Vaughan,　　　　　　　　　　　　Edward L Snyder, Esq.
Chapter 13 Trustee　　　　　　　　　　　　　　Attorney for the Debtor


_/s/ Richard Monroe_____
Richard Monroe
Debtor