United States Bankruptcy Court
Northern District of Ohio

| | |
|---|---|
| In re: | Case No. 24-30137-jpg |
| Richard Monroe | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-3 | User: amari | Page 1 of 1 |
| Date Rcvd: May 28, 2024 | Form ID: pdf701 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Richard Monroe, 10318 Blue Ridge Dr. S., Whitehouse, OH 43571-9058 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 30, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edward L. Snyder | on behalf of Debtor Richard Monroe edsnyderlaw@totalink.net |
| Elizabeth A. Vaughan | 13ECFNotices@chapter13toledo.com toledo13@ecf.epiqsystems.com;trusteeOHNB5T@ecf.epiqsystems.com |
| Scott E. France | on behalf of Debtor Richard Monroe sfrance@francelawgroup.net |

TOTAL: 3

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



_____
John P. Gustafson
United States Bankruptcy Judge

Dated: May 28 2024

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re: Richard Monroe** | * | **Judge John P. Gustafson** |
| | * | **Case No. 24-30137 G** |
| | * | |
| | * | |
| **Debtor** | * | |

### STIPULATED ORDER AMENDING CHAPTER 13 PLAN

  Now comes Elizabeth A. Vaughan, Standing Chapter 13 Trustee and Counsel for Debtor(s) herein, who stipulate that the following Amendments to the Chapter 13 Plan for the above referenced case are hereby agreed to by all parties. The parties further agree that upon entry of this Stipulated Order, the Amendments noted herein shall constitute a regularly filed amendment to the Chapter 13 Plan filed on ___1/26/24_____.

☑ **Debtor shall pay into the Plan all monthly net bonuses during the life of the Plan.**

The parties further agree that all other aspects of the Chapter 13 Plan for the above-captioned case shall remain the same.

*/s/ Elizabeth A. Vaughan*
**Standing Chapter 13 Trustee**

/s/ *Edward L Snyder*
**Attorney for Debtor**

/s/ *Richard Monroe*
**Debtor**