In re:  
Richard Monroe  
    Debtor

Case No. 24-30137-jpg  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0647-3      User: amari      Page 1 of 4  
Date Rcvd: Jun 04, 2024      Form ID: pdf703      Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Monroe, 10318 Blue Ridge Dr. S., Whitehouse, OH 43571-9058 |
| 27726781 | + | Alltran, PO Box 519, Sauk Rapids, MN 56379-0519 |
| 27726787 | | Citizen Bank, Mail Stop JCA115, Johnston, RI 02919 |
| 27726789 | | Clearbalance, Patient Experience Center, P.O. Box 927830, San Diego, CA 92192-7830 |
| 27726799 | | Ditech Financial, LLC, PO Box 6172, Rapid City, SD 57709 |
| 27726806 | | Hennepin Health Care, PO Box 860048, Minneapolis, MN 55486-0048 |
| 27726822 | + | Ridgeview Medical Center, 500 S. Maple Street, Waconia, MN 55387-1791 |
| 27726824 | + | Service Finance, PO Box 511223, Los Angeles, CA 90051-3021 |
| 27726827 | | State Bank and Trust, 555 S. Federal Hwy. #200, Boca Raton, FL 33432-6033 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 27726782 | + | Email/Text: bnc@alltran.com | Jun 04 2024 20:49:00 | Alltran Financial, LP, 5800 North Course Drive, Houston, TX 77072-1613 |
| 27726783 | ^ | MEBN | Jun 04 2024 20:39:27 | Aspire, PO Box 650832, Dallas, TX 75265-0832 |
| 27726784 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 04 2024 20:49:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 27792126 | + | Email/Text: bkattorneynotices@gmail.com | Jun 04 2024 20:49:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 27726786 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2024 20:54:17 | Citibank, N.A., 50 Northwest Pd. Road, Elk Grove Village, IL 60007 |
| 27726788 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 04 2024 20:49:00 | Citizens Bank, N.A., Attn: Bankruptcy Dept., One Citizens Plaza, Providence, RI 02903 |
| 27726793 | | Email/Text: skeller@crossriver.com | Jun 04 2024 20:49:00 | Cross River Bank, 885 Teaneck Rd, Teaneck, NJ 07666 |
| 27726785 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2024 20:44:05 | Citibank, N.A., 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 27726789 | | Email/Text: distBankruptcyNotice@ClearBalance.org | Jun 04 2024 20:49:00 | Clearbalance, Patient Experience Center, P.O. Box 927830, San Diego, CA 92192-7830 |
| 27726790 | + | Email/Text: cbdupdate@cbdlax.com | Jun 04 2024 20:50:00 | Credit Bureau Data, Inc., Attn: Bankruptcy, 518 State Street, PO Box 2288, La Crosse, WI 54602-2288 |
| 27726791 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 04 2024 20:43:18 | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 27726792 | + | Email/Text: lisamoore@creditoradvocates.com | Jun 04 2024 20:50:00 | Creditor Advocates, PO Box 1264, Prior Lake, MN 55372-0864 |
| 27726794 | | Email/Text: mrdiscen@discover.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 27726795 | + | Email/Text: mrdiscen@discover.com | Jun 04 2024 20:49:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 27726796 | + | Email/Text: dplbk@discover.com | Jun 04 2024 20:49:00 | Discover Bank, PO Box 30416, Salt Lake City, UT 84130-0416 |
| 27726797 | | Email/Text: dplbk@discover.com | Jun 04 2024 20:50:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 6105, Carol Stream, IL 60197-6105 |
| 27726798 | | Email/Text: kevin@minnesotamortgagelaw.com | Jun 04 2024 20:50:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 27726802 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jun 04 2024 20:49:00 | Ditech Financial, LLC, 4500 Park Glen Road #300, St. Louis Park, MN 55416-4891 |
| 27792127 | + | Email/Text: opportunitynotices@gmail.com | Jun 04 2024 20:49:00 | First Mark Services, Attn: Bankruptcy, PO Box 82522, Lincoln, NE 68501 |
| 27726800 | + | Email/Text: bankruptcynotices@finwisebank.com | Jun 04 2024 20:50:00 | FinWise Bank, c/o Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 27726801 | + | Email/Text: opportunitynotices@gmail.com | Jun 04 2024 20:49:00 | FinWise Bank, 756 E Wincheste St, Suite 100, Salt Lake City, UT 84107-7520 |
| 27726804 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 04 2024 20:50:00 | FinWise Bank/Opp Loans, Attn: Bankruptcy, 130 E. Randolph St. #3400, Chicago, IL 60601-6379 |
| 27726803 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 04 2024 20:54:24 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 27726805 | | Email/Text: Jeffrey.G.Vigil@HealthPartners.com | Jun 04 2024 20:54:23 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 27726807 | + | Email/Text: bankruptcy@huntington.com | Jun 04 2024 20:49:00 | Healthpartners, 8170 33rd Ave S, Minneapolis, MN 55425 |
| 27726808 | | Email/Text: bankruptcy@huntington.com | Jun 04 2024 20:50:00 | Huntington Bank, Attn: Bankruptcy, 41 S. High Street, Columbus, OH 43215-3406 |
| 27726809 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 04 2024 20:50:00 | Huntington National Bank, 7 Eastern Oval, Columbus, OH 43219 |
| 27766322 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 04 2024 20:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 27726811 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2024 20:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 27726810 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2024 20:54:23 | LVNV Funding, c/o Resurgent Capital Services, LP, PO Box 10587, Greenville, SC 29603-0587 |
| 27751404 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2024 20:54:18 | LVNV Funding, c/o Resurgent Capital Services, PO Box1269, Greenville, SC 29602-1269 |
| 27771538 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 04 2024 20:44:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 27726812 | + | Email/Text: mdor.bkysec@state.mn.us | Jun 04 2024 20:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 27733388 | ^ | MEBN | Jun 04 2024 20:49:00 | Minnesota Department of Revenue, Attn: Denise Jones, PO Box 64447, Saint Paul, MN 55164-0447 |
| 27726813 | + | Email/Text: netcreditbnc@enova.com | Jun 04 2024 20:38:46 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 27726814 | + | Email/Text: bankruptcy.notices@northmemorial.com | Jun 04 2024 20:50:18 | Net Credit, 175 W. Jackson Blvd., Suite 1000, Chicago, IL 60604-2863 |
| 27726815 | ^ | MEBN | Jun 04 2024 20:50:00 | North Memorial Medical Center, 3300 Oakdale Ave. N., Robbinsdale, MN 55422-2926 |
| | | | Jun 04 2024 20:38:42 | Oprtunmetabk, 2 Circle Star Way, San Carlos, CA 94070-6200 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 27789164 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2024 20:43:19 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 27726816 | + | Email/Text: bncmail@w-legal.com Jun 04 2024 20:50:00 | | Prosper, c/o Weinstein & Riley, PO Box 3978, Seattle, WA 98124-3978 |
| 27726817 | ^ | MEBN Jun 04 2024 20:39:43 | | Prosper, PO Box 650078, Dallas, TX 75265-0078 |
| 27726818 | | Email/Text: bnc-quantum@quantum3group.com Jun 04 2024 20:50:00 | | Quantum 3 Group, PO Box 788, Kirkland, WA 98083-0788 |
| 27772413 | | Email/Text: bnc-quantum@quantum3group.com Jun 04 2024 20:50:00 | | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 27726819 | | Email/Text: lawfirmTX@rsieh.com Jun 04 2024 20:49:00 | | Rausch Sturm, 250 N. Sunnyslope Rd. #300, Brookfield, WI 53005 |
| 27726820 | | Email/PDF: resurgentbknotifications@resurgent.com Jun 04 2024 20:54:24 | | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 27726821 | + | Email/PDF: resurgentbknotifications@resurgent.com Jun 04 2024 20:54:17 | | Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 27726823 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jun 04 2024 20:50:00 | | Select Portfolio Servicing, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| 27726825 | + | Email/Text: servicing@svcfin.com Jun 04 2024 20:49:00 | | Service Finance Company, Attn: Bankruptcy, 555 S. Federal Highway #200, Boca Raton, FL 33432-6033 |
| 27726826 | + | Email/PDF: SoFiBKNotifications@resurgent.com Jun 04 2024 20:44:04 | | Sofi Lending Corp., Attn: Bankruptcy, 375 Healdsburg Ave. #280, Healdsburg, CA 95448-4151 |
| 27735221 | | Email/Text: mdor.bkysec@state.mn.us Jun 04 2024 20:49:00 | | State of Minnesota, Department of Revenue, PO Box 64447 - BKY, St. Paul, MN 55164-0447 |
| 27726828 | ^ | MEBN Jun 04 2024 20:40:07 | | Systems & Services/ Best Egg, Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 27729322 | + | Email/Text: bankruptcy@huntington.com Jun 04 2024 20:50:00 | | The Huntington National Bank, PO Box 89424, OPC856, Cleveland OH 44101-6424 |
| 27726829 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jun 04 2024 20:50:00 | | Towd Point Mortgage Trust, c/o Select Portfolio Service, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 27726830 | + | Email/Text: rhonda@wecollectmore.com Jun 04 2024 20:49:00 | | Tri State Adjustments, Attn: Bankruptcy, 3439 East Avenue South, La Crosse, WI 54601-7241 |
| 27726831 | | Email/Text: rhonda@wecollectmore.com Jun 04 2024 20:49:00 | | Tri State Adjustments, Inc., 3439 East Ave. S, La Crosse, WI 54601-7241 |
| 27726834 | | Email/Text: bknotice@upgrade.com Jun 04 2024 20:49:00 | | Upgrade, Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 27726833 | | Email/Text: bknotice@upgrade.com Jun 04 2024 20:49:00 | | Upgrade, Inc., 275 Battery Street, 22nd Fl., San Francisco, CA 94111 |
| 27726832 | + | Email/Text: BAN5620@UCBINC.COM Jun 04 2024 20:49:00 | | United Collection Bureau, Inc., 5620 Southwyck Blvd., #206, Toledo, OH 43614-1501 |
| 27726835 | + | Email/Text: kevin@minnesotamortgagelaw.com Jun 04 2024 20:49:00 | | Usset Weingarden, 4500 Park Glen Road #300, Minneapolis, MN 55416-4891 |

TOTAL: 58

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**　　　**Bypass Reason**　　**Name and Address**

| | | |
|---|---|---|
| 27734649 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 27751405 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2024       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2024 at the address(es) listed below:

**Name**          **Email Address**

Edward L. Snyder
                  on behalf of Debtor Richard Monroe edsnyderlaw@totalink.net

Elizabeth A. Vaughan
                  13ECFNotices@chapter13toledo.com  toledo13@ecf.epiqsystems.com;trusteeOHNB5T@ecf.epiqsystems.com

Scott E. France
                  on behalf of Debtor Richard Monroe sfrance@francelawgroup.net

TOTAL: 3

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

Dated: June 4 2024

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re   Richard Monroe | * | **JUDGE JOHN P. GUSTAFSON** |
| aka Burt Monroe | | |
| SSN:  xxx-xx-6451 | * | Case No. 24-30137 G |
| | * | |
| | * | |

**Debtor**

### ORDER CONFIRMING PLAN

The debtor's plan filed on January 26, 2024, and as modified per a Stipulated Order Amending Plan filed May 28, 2024, having been transmitted to creditors, and it having been determined after hearing on notice that the plan complies with the provisions of Chapter 13, and with all applicable provisions of Title 11 and that each requirement of 11 U.S.C. Section 1325(a) has been met;

**IT IS THEREFORE ORDERED** that the plan be, and it hereby is, Confirmed; it is further,

**ORDERED that Richard Monroe remit monthly to**: **STANDING CHAPTER 13 TRUSTEE, P.O. Box 712284, Cincinnati, Ohio 45271-2284,** the sum of **$1,800.00** beginning immediately until he shall have paid to the Trustee the total monies required to consummate the plan; it is further,

**ORDERED** that Debtor(s) shall submit annually to the Trustee all Federal and State Tax Refunds (Net) for tax years **2023, 2024, 2025, 2026 & 2027** by April 15th of each year, **and submit copies of all tax returns to the Chapter 13 Trustee**, and the Debtor(s) agrees that no changes to tax withholdings shall be made without the written permission of the Trustee; and the parties agree that the case will be reviewed annually, upon receipt of any tax refunds, for possible increase in return to unsecured creditors; it is further,

**ORDERED** that the Debtor shall pay into the Plan all monthly net bonuses during the life of the Plan,

**ORDERED** that all creditors are enjoined from proceeding against the wages or other property of the debtor(s) without prior permission from this Court; that debtor's employer is enjoined from honoring garnishments, levies, executions or attachments of any kind whatsoever against the wages or other property of the debtor(s) during the pendency of this proceeding, the only exception being payroll deductions for court-ordered support and/or alimony payments; and the employer or debtor(s) shall further immediately notify the Trustee of any termination or suspension of the debtor's employment; it is further,

**ORDERED** that all creditors are enjoined from commencing or continuing any civil action, or attempting in any manner whatsoever to collect all or any part of a consumer debt proposed to be paid under this plan from any individual that is liable on such debt with the debtor(s) as endorser, guarantor or co-maker; it is further,

**ORDERED** that the Trustee disburse the monies paid in, by or for the debtor(s) under the plan in accordance with 11 U.S.C. Sections 1326 and 1325, and in the event of a dismissal of this case by the Court or by the debtor(s) pursuant to 11 U.S.C. Section 1307, all funds remaining in the hands of the Trustee at the time of dismissal shall be paid to the Chapter 13 creditors pursuant to the terms of this confirmed plan; it is further,

**ORDERED** that the Trustee may cease making payment(s) on any claim that is the subject of an Objection, until such time as the Objection is resolved by a final Order. During the pendency of the Objection, the Trustee shall take reasonable steps to insure that there are funds in the estate available to pay the claim if it is allowed as filed and is otherwise properly payable pursuant to the Confirmed Plan and the priorities set forth in the Bankruptcy Code; it is further,

**ORDERED** that debtor(s) shall maintain insurance coverage on all property, both real and personal, during the pendency of this plan; it is further,

**ORDERED** that during the pendency of this case, debtor(s) shall timely file all tax returns and pay any and all post-petition tax liabilities as required by law; it is further,

**ORDERED** that debtor(s) shall not incur additional debt exceeding $1000.00 in the aggregate without the consent of the Trustee; it is further,

**ORDERED** that debtor(s) shall inform the Trustee of any changes in circumstances or additional income received, and shall further comply with any requests of the Trustee with respect to additional financial information; it is further,

**ORDERED** that the Trustee shall disburse the monies paid in, by or for the Debtor(s) under the Plan in the following order of disbursement, as applicable, unless specifically indicated otherwise in the Plan, a Court Order, or a Stipulated Agreed Order between the Debtor(s) and a Creditor:

1st - Trustee's authorized percentage fee
2nd - Conduit mortgage payment(s)
3rd - Secured creditor(s) with fixed monthly payments
4th - All other secured claims, priority claims and Court-ordered attorney fees on a pro rata basis
5th - General unsecured claims on a pro rata basis

**ORDERED** that the administrative expenses of the Trustee shall be paid in full pursuant to 11 U.S.C. Sections 503(b), 507(a)(1)(C), 1326(b)(2) and 28 U.S.C. Section 586(e)(1)(B).