0033-5T-EPIB5T-00230470-285698

# United States Bankruptcy Court
FOR THE
Northern District of Ohio, Western Div

| | | |
|---|---|---|
| IN RE: | DATE 06/28/2024 | CASE No. 24-30137 G |
| RICHARD MONROE | | |
| 10318 BLUE RIDGE DR. S. | | SS #1 XXX-XX-6451 |
| WHITEHOUSE, OH 43571 | | |

## NOTICE OF CLAIMS FILED AND INTENT TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee to pay the claims as duly filed and allowed of creditors named and in the amounts set forth according to the terms of the plan, pursuant to 11 U.S.C. 502(a), and Bankruptcy Rule 3002. Unless a party in interest files an objection and request for hearing within 28 days of the date of the service of this Notice, the said claims will be so paid. If an objection to a claim is filed after disbursements have commenced pursuant to this Notice, the Chapter 13 Trustee will not pursue recovery of any funds disbursed prior to the objection.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| | MANLEY DEAS KOCHALSKI / PO BOX 165028 COLUMBUS, OH 43216 | | | Not Filed |
| | OPORTUN/WEBBANK / 2 CIRCLE STAR WAY SAN CARLOS, CA 94070 | | | Not Filed |
| | HEALTHPARTNERS / 8170 33RD AVE S MINNEAPOLIS, MN 55424 | | | Not Filed |
| | LVNV FUNDING / % RESURGENT CAPITAL SERVICE PO BOX 1269 / GREENVILLE, SC 29603 | | | Not Filed |
| | STATE BANK AND TRUST / 555 S. FEDERAL HWY. #200 BOCA RATON, FL 33432-6033 | | | Not Filed |
| | FIRST MARK SERVICES / PO BOX 82522 LINCOLN, NE 68501 | | | Not Filed |
| | SERVICE FINANCE CO., LLC / 555 S FEDERAL HWY STE 200 BOCA RATON, FL 33432 | | | Not Filed |
| | SYSTEMS & SERVICES / TECHNOLOGIES INC 4315 PICKETT RD / ST JOSEPH, MO 64503 | | | Not Filed |
| | TRI STATE ADJUSTMENTS / 3439 EAST AVE S LACROSSE, WI 54601-7241 | | | Not Filed |
| | ALLTRAN FINANCIAL LP / 5800 NORTH COURSE DRIVE HOUSTON, TX 77072 | | | Not Filed |
| | NORTH MEMORIAL MEDICAL CENTER / 3300 OAKDALE AVE. N. ROBBINSDALE, MN 55422 | | | Not Filed |
| | PROSPER MARKETPLACE INC / C/O WEINSTEIN & RILEY, P.S. 2001 WESTERN AVE., SUITE 400 / SEATTLE, WA 98121 | | | Not Filed |
| | EDWARD L SNYDER 6545 WEST CENTRAL AVENUE SUITE 203 TOLEDO, OH 43617 | 1,500.00 | | Debtor's Attorney |

I hereby certify that a copy of this notice was served upon the debtor(s) and the debtor(s) attorney of record on this day by regular U.S. Mail postage prepaid at their addresses as appear in the records hereof.

DATE: 07/12/2024

/s/Elizabeth A. Vaughan

Elizabeth A. Vaughan
Chapter 13 Trustee

# United States Bankruptcy Court
FOR THE
Northern District of Ohio, Western Div

IN RE:  RICHARD MONROE  
10318 BLUE RIDGE DR. S.  
WHITEHOUSE, OH 43571

DATE 06/28/2024   CASE No. 24-30137 G  
SS #1 XXX-XX-6451

## NOTICE OF CLAIMS FILED AND INTENT TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee to pay the claims as duly filed and allowed of creditors named and in the amounts set forth according to the terms of the plan, pursuant to 11 U.S.C. 502(a), and Bankruptcy Rule 3002. Unless a party in interest files an objection and request for hearing within 28 days of the date of the service of this Notice, the said claims will be so paid. If an objection to a claim is filed after disbursements have commenced pursuant to this Notice, the Chapter 13 Trustee will not pursue recovery of any funds disbursed prior to the objection.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
|  | RAUSCH STURM / 250 N. SUNNYSLOPE RD. #300<br>BROOKFILD, WI 53005 |  |  | Not Filed |
|  | CREDIT BUREAU DATA INC / ATTN: BANKRUPTCY<br>518 STATE STREET / PO BOX 2288 / LA CROSSE, WI 54602 |  |  | Not Filed |
|  | TOWD POINT MORTGAGE TRUST / c/o SELECT PORTFOLIO SERVICE<br>PO BOX 65450 / SALT LAKE CITY, UT 84165-0450 |  |  | Not Filed |
|  | HENNEPIN HEALTH CARE / PO BOX 860048<br>MINNEAPOLIS, MN 55486-0048 |  |  | Not Filed |
|  | TRI STATE ADJUSTMENTS / 3439 EAST AVE S<br>LACROSSE, WI 54601-7241 |  |  | Not Filed |
|  | CREDITOR ADVOCATES / PO BOX 1264<br>PRIOR LAKE, MN 55372 |  |  | Not Filed |
|  | DISCOVER PERSONAL LOANS / PO BOX 6105<br>CAROL STREAM, IL 60197-6105 |  |  | Not Filed |
|  | TRI STATE ADJUSTMENTS / 3439 EAST AVE S<br>LACROSSE, WI 54601-7241 |  |  | Not Filed |
|  | CLEAR BALANCE / WESTERN ALLIANCE BANK<br>PO BOX 927830 / SAN DIEGO, CA 92192-7830 |  |  | Not Filed |
|  | NETCREDIT / 175 W JACKSON BLVD<br>SUITE 1000 / CHICAGO, IL 60604 |  |  | Not Filed |
|  | UNITED COLLECTION BUREAU / INC<br>5620 SOUTHWYCK BLVD / TOLEDO, OH 43614 |  |  | Not Filed |
|  | USSET WEINGARDEN / 4500 PARK GLEN ROAD #300<br>MINNEAPOLIS, MN 55416 |  |  | Not Filed |
|  |  | 1,500.00 |  | Debtor's Attorney |

EDWARD L SNYDER  
6545 WEST CENTRAL AVENUE  
SUITE 203  
TOLEDO, OH 43617

I hereby certify that a copy of this notice was served upon the debtor(s) and the debtor(s) attorney of record on this day by regular U.S. Mail postage prepaid at their addresses as appear in the records hereof.

DATE: 07/12/2024

/s/Elizabeth A. Vaughan

Elizabeth A. Vaughan  
Chapter 13 Trustee

0033-5T-EPIB5T-00230470-285698

# United States Bankruptcy Court
FOR THE
Northern District of Ohio, Western Div

IN RE:  RICHARD MONROE  
10318 BLUE RIDGE DR. S.  
WHITEHOUSE, OH 43571

DATE 06/28/2024  
CASE No. 24-30137 G  
SS #1 XXX-XX-6451

## NOTICE OF CLAIMS FILED AND INTENT TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee to pay the claims as duly filed and allowed of creditors named and in the amounts set forth according to the terms of the plan, pursuant to 11 U.S.C. 502(a), and Bankruptcy Rule 3002. Unless a party in interest files an objection and request for hearing within 28 days of the date of the service of this Notice, the said claims will be so paid. If an objection to a claim is filed after disbursements have commenced pursuant to this Notice, the Chapter 13 Trustee will not pursue recovery of any funds disbursed prior to the objection.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
|  | DITECH FINANCIAL LLC / 4500 PARK GLEN ROAD #300  ST LOUIS PARK, MN 55416-4891 |  |  | Not Filed |
| 001 | THE HUNTINGTON NATIONAL BANK / P.O. BOX 89424  CLEVELAND, OH 44101-8539 | 996.66 | 98.0000 | Unsecured |
| 002 | NCB MANAGEMENT SERVICES INC / ONE ALLIED DRIVE  TREVOSE, PA 19053 | 4,402.05 | 98.0000 | Unsecured |
| 003 | DISCOVER PERSONAL LOANS / PO BOX 30954  SALT LAKE CITY, UT 84130 | 17,410.81 | 98.0000 | Unsecured |
| 004 | STATE OF MINNESOTA, DEPT OF REVENUE / MINNESOTA REVENUE  PO BOX 64447 - BKY / SAINT PAUL, MN 55164-0447 | 17,930.25 | 0.0000 | Priority |
| 004 | STATE OF MINNESOTA, DEPT OF REVENUE / MINNESOTA REVENUE  PO BOX 64447 - BKY / SAINT PAUL, MN 55164-04z47 | 4,128.62 | 98.0000 | Unsecured |
| 005 | RIDGEVIEW MEDICAL CENTER / 500 SOUTH MAPLE STREET  WACONIA, MN 55387 | 843.85 | 98.0000 | Unsecured |
| 006 | INTERNAL REVENUE SERVICE / P O BOX 7346  PHILADELPHIA, PA 19101-7346 | 70,491.26 | 0.0000 | Priority |
| 006 | INTERNAL REVENUE SERVICE / P O BOX 7346  PHILADELPHIA, PA 19101-7346 | 13,312.28 | 98.0000 | Unsecured |
| 007 | LVNV FUNDING LLC / C/O RESURGENT CAPITAL SERVICES  P. O. BOX 10587 / GREENVILLE, SC 29603-0587 | 95,810.34 | 98.0000 | Unsecured |
| 008 | LVNV FUNDING LLC / C/O RESURGENT CAPITAL SERVICES  P. O. BOX 10587 / GREENVILLE, SC 29603-0587 | 10,913.83 | 98.0000 | Unsecured |
| 009 | LVNV FUNDING LLC / C/O RESURGENT CAPITAL SERVICES  P. O. BOX 10587 / GREENVILLE, SC 29603-0587 | 2,878.31 | 98.0000 | Unsecured |
|  |  | 1,500.00 |  | Debtor's Attorney |

EDWARD L SNYDER  
6545 WEST CENTRAL AVENUE  
SUITE 203  
TOLEDO, OH 43617

I hereby certify that a copy of this notice was served upon the debtor(s) and the debtor(s) attorney of record on this day by regular U.S. Mail postage prepaid at their addresses as appear in the records hereof.

DATE: 07/12/2024

/s/Elizabeth A. Vaughan

Elizabeth A. Vaughan  
Chapter 13 Trustee

# United States Bankruptcy Court
FOR THE
Northern District of Ohio, Western Div

| IN RE: | | DATE 06/28/2024 | CASE No. 24-30137 G |
|---|---|---|---|
| | RICHARD MONROE | | |
| | 10318 BLUE RIDGE DR. S. | | SS #1 XXX-XX-6451 |
| | WHITEHOUSE, OH 43571 | | |

## NOTICE OF CLAIMS FILED AND INTENT TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee to pay the claims as duly filed and allowed of creditors named and in the amounts set forth according to the terms of the plan, pursuant to 11 U.S.C. 502(a), and Bankruptcy Rule 3002. Unless a party in interest files an objection and request for hearing within 28 days of the date of the service of this Notice, the said claims will be so paid. If an objection to a claim is filed after disbursements have commenced pursuant to this Notice, the Chapter 13 Trustee will not pursue recovery of any funds disbursed prior to the objection.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 010 | LVNV FUNDING LLC / C/O RESURGENT CAPITAL SERVICES<br>P. O. BOX 10587 / GREENVILLE, SC 29603-0587 | 839.79 | 98.0000 | Unsecured |
| 011 | THE HUNTINGTON NATIONAL BANK / P.O. BOX 89424<br>CLEVELAND, OH 44101-8539 | 4,966.91 | | DirectPay |
| 012 | JEFFERSON CAPITAL SYSTEMS LLC / P.O. BOX 7999<br>ST. CLOUD, MN 56302-9617 | 612.61 | 98.0000 | Unsecured |
| 013 | MIDLAND CREDIT MANAGEMENT, INC. / P.O. BOX 2037<br>WARREN, MI 48090 | 15,931.09 | 98.0000 | Unsecured |
| 014 | QUANTUM3 GROUP LLC AS AGENT FOR / VELOCITY INVESTMENTS LLC<br>P.O. BOX 788 / KIRKLAND, WA 98083-0788 | 21,005.40 | 98.0000 | Unsecured |
| 015 | LVNV FUNDING LLC / C/O RESURGENT CAPITAL SERVICES<br>P. O. BOX 10587 / GREENVILLE, SC 29603-0587 | 47,366.64 | 98.0000 | Unsecured |
| 016 | PORTFOLIO RECOVERY ASSOCIATES / P O BOX 41067<br>NORFOLK, VA 23541 | 590.01 | 98.0000 | Unsecured |
| 017 | FINWISE BANK / c/o OPPORTUNITY FINANCIAL, LLC<br>130 E. RANDOLPH STREET, SUITE 3400 / CHICAGO, IL 60601-6060 | 2,326.05 | 98.0000 | Unsecured |
| | Total | 332,756.76 | ******* | |
| | | 1,500.00 | | Debtor's Attorney |

EDWARD L SNYDER
6545 WEST CENTRAL AVENUE
SUITE 203
TOLEDO, OH 43617

I hereby certify that a copy of this notice was served upon the debtor(s) and the debtor(s) attorney of record on this day by regular U.S. Mail postage prepaid at their addresses as appear in the records hereof.

DATE: 07/12/2024

/s/Elizabeth A. Vaughan

Elizabeth A. Vaughan
Chapter 13 Trustee