UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

# CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S): __Richard Monroe__

CASE NO.: __24-30137__

JUDGE: __John Gustafson__

NAME OF PARTY TO BE CHANGED: _FinWise Bank c/o Opportunity Financial, LLC_

FORMER ADDRESS: ___130 E. Randolph Street Suite 3400

Chicago, IL 60601__

NEW ADDRESS: __P.O. Box 5040

Fredericksburg, VA 22403__

HOW NOTIFIED:

PHONE CALL ( )

AT COUNTER ( )

AT 341 MEETING ( )

NOTIFIED BY WHOM:

BANKRUPT ( )

ATTY. FOR BANKRUPT ( )

OTHER (X)

DATE: _06/24/2025_

___/s/ Brandon Lefkowitz__
SIGNATURE